IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BELL NORTHERN RESEARCH, LLC<br><br>               Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>               Defendant. | Civil Action No. 6:21-cv-00939-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Bell Northern Research, LLC ("Plaintiff") and Defendant HP Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case.  Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

      IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SO ORDERED this 14th day of January 2022.

                                                                               HONORABLE ALAN D ALBRIGHT
                                                                               UNITED STATES DISTRICT JUDGE